## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, **Andrew F. Grafton**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with FBI.  I have been in this position since September 19, 2004.  I am currently assigned to the Columbia Division, Greenville Resident Agency. While employed by the FBI, I have conducted and supervised numerous investigations of various types of federal crimes, including violent, financial and computer crimes and national security investigations.  I am familiar with the facts and circumstances surrounding this investigation, both from my own investigative activities and from information obtained from law enforcement officers and others with personal knowledge of the facts.  As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause to arrest GABRIEL STEPHENS.

3.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 875 (Threats via Interstate Communications) and 18 U.S.C. § 2261A (Stalking) have been committed by GABRIEL MICAH STEPHENS.

## PROBABLE CAUSE

4. Based on the facts detailed below, I submit that there is reasonable grounds to believe that, within the District of South Carolina, and elsewhere, Gabriel Micah Stephens, (hereinafter known as the "TARGET USER"), used at multiple telecommunication devices along with multiple electronic communications devices to send email communications from the email account bradpeterson1@mail.com in violation of 18 U.S.C. § 875 (Threats via Interstate Communications) and 18 U.S.C. § 2261A (Stalking)

5. Beginning in early September 2018, several of the executive and line managers at Itron located in Seneca, South Carolina, began receiving harassing emails from bradpeterson95@mail.com , bradpeterson1@mail.com, and bradpeterson2@mail.com. Itron is a worldwide company that manufactures gas and electric meters. The TARGET USER also places large food orders in the managers' names for pickup and signs them up for various informational emails from webpages such as www.zillow.com using the managers' corporate email addresses as well as sending prank calls to them via Prankdial.com and other prank call applications. The TARGET USER has also attempted to reset passwords on several managers' Amazon.com, Netflix, Facebook and other online accounts. Additionally, the TARGET USER has sent anonymous text messages via an overseas texting service, Globfone. According to Itron, the company has logged over 1500 events in total since the communications have started.

6.      Beginning in mid-May 2019, the number of communications began to increase in volume as well as beginning to threaten extreme violence while simultaneously asking for an apology, via the use of E-cards including Punchbowl and Crosscards.  Crosscards continues to be the subject's preferred method of communications.  The TARGET USER has consistently used email address bradpeterson1@mail.com to communicate via the E-cards to the managers at Itron through March 2021 at which time the TARGET USER began using brianbarronitron1@mail.com as well.

7.      The following table was initially provided by Crosscards when the E-card messages started to become more threatening in nature in May 2019.  All of these E-cards were from bradpeterson1@mail.com:

| From Email | Subject | Body | Send Date |
|---|---|---|---|
| bradpeterson1@mail.com | RIP Brian Barron 5-15-19? | Not sure but thinking it's time to just go ahead and take Brian Barron out. Maybe today around 10ish am. See how I feel then when I get there. Idk maybe.. | 2019-05-15 |
| bradpeterson1@itron.com | Happy | I was in a good mood, so Brian Barron gets to live for now. | 2019-05-15 |

3

| bradpeterson1@mail.com | How you can end this | Send a simple apology to bradpeterson1@mail.com and I'll stop. You don't want to be in the cross fire between me and Brian Barron. If you are true to your faith you have to love me lol. | 2019-05-15 |
|---|---|---|---|
| bradpeterson1@mail.com | To be honest.. | You probably a good, smart engineer, but you should of never become a manager. You've raped too many people. Get your head out of your ass. Oh yeah..you are totally powerless when it comes to dealing with me. Saying you are sorry for your actions is the only way this will end....The only way. | 2019-05-14 |

8. Crosscards has provided the IP addresses from which the cards were created voluntarily, and all are registered to service providers overseas or to IP brokerage, Virtual Private Network (VPN) or mobility services located in the U.S., but who do not keep record of user data. Itron paid Globfone for records as the text messages came in, and all of the IP addresses were registered to service providers located overseas, or to IP brokerage and mobility services located in the U.S., but who do not keep record of user data. Ionos 1&1 (mail.com) has provided the email IP log data and registration information for bradpeterson95@mail.com, bradpeterson2@mail.com and bradpeterson1@mail.com. All IP address on the access logs are registered to service providers overseas or to IP brokerage, Virtual Private Network (VPN) or mobility services located in the U.S, but who do not keep record of user data. All email addresses are registered to the fictitious name Brad Peterson.

9. Since May 2019, Crosscards has voluntarily provided spreadsheets containing each message sent including date, time, requesting Internet Protocol (IP) address and requestor's return email address. Over 600 messages have been provided by Crosscards between May 2019 and January 2021.

10.     The manner and tone of communication has continued on almost a daily basis to various managers at Itron with multiple E-cards often being sent on the same day.  Between October 11, 2019 and November 14, 2019 and again between December 30, 2019 and January 18, 2020 the E-cards inexplicably stopped being sent but then resumed being received on almost a daily basis.  The subject has referenced the managers' family members, relationships, details of employee's personal life and events that have occurred at Itron in the E-card messages or in the "From" section of the E-card, indicating someone that has intimate knowledge of the employees' lives and events internal to Itron.  Following are a sampling of the E-card messages that have been sent:

| 2019-06-18 14:17:19 | - FromName: Nigglets in the Loudermilk  residence  - FromEmail: bradpeterson1@mail.com - Subject: Kill wow  - Message: "Bloom sounds of blood tomorrow morning. Ah what a rush death brings me. I, Steven Addis, will seek revenge on Gus's colostomy bag blood clot. Shipping shit. Since itron ships shit I'll ship all of y'alls  decapitated heads to all of our beautiful wonderful customers . Fuck truth. " - |
|---|---|
| 2019-06-18 4:03:20 | - FromName: Brad Peterson  - FromEmail: bradpeterson1@mail.com - Subject: Life too short for this  - Message: "Cunt  biscuit. Sweeping down and keeping the  genetic  seed I want. Offspring ha. You fuckuts have a great day. Your heads are like  my punching bag. I dare say I'm like the god of tension and |

| | suspension. " |
|---|---|
| 2019-06-17 3:11:34 | FromName: Pussy bitch hell fire rage fuck you  - FromEmail: bradpeterson1@mail.com - Subject: Nicki/ Lisa Carcass - Message: "Pussy bitch hell fire rage fuck you Bleeding bitch bring in the  pussy butcher. Thought I was playing?? Fuck no. screams and crawling  in the casket.  I'm gonna  warp your wife ass into plastic then trash it. Happy Monday!! " |
| 2019-06-17 3:02:30 | FromName: Brad Peterson  - FromEmail: bradpeterson1@mail.com - Subject: carcass  - Message: "Oh yeah standing there thinking I'm  dirt..bitch you lucky I didn't beat your ass to a fucking carcass. I don't  necessarily hate you like some of the others here, but fuck you for all that shit you did. Hopefully your son grows up with better ethics than you did. Pussy bitch hell fire rage fuck you Danial Hudson. " - |
| 2019-06-17 2:49:28 | FromName: Brad Peterson  - FromEmail: bradpeterson1@mail.com - Subject: Look Stanley Owens.  - Message: "Hey hey..the next time I'll rip your fucking eyes out of your head throw them to the ground and stomp on them. While Joe Coker and Steven Addis  jizz in your eye stocks. Yeah they into that.  Lazy pig. Fuck you to death Stanley Owens." |
| 2019-06-14 4:33:34 | FromName: Brad Peterson my plans  - FromEmail: bradpeterson1@mail.com - Subject: My plans.  - Message: "I was talking to my therapist in Greenville about my  frustrated relationships at work. It has helped me some. I was |

| | |
|---|---|
| | recommended electroconvulsive therapy. It's got kind of a bad rap, but they have actually made many advances in it. I was told it  potentially  could be very beneficial seeing has the meds and talking it out doesn't all ways work that great, has you know. Ha. I have to do this at Emory in Atlanta. I'm nervous but hopeful. " - SendDate: 6/14/2019 12:00:00 AM |
| 2019-06-13 13:45:18 | FromName: Danial Hudson - FromEmail: bradpeterson1@mail.com - Subject: Acid in the eyes  - Message: "Having dinner at 5 at Steven Addis house. Gonna talk. I'm excited. He actually invited me believe it or not. What hurts is you can't say you were wrong. Even I can do that. Brian is now a personal friend oh mine, but that was a real rocky start for us. People can change. I just want you soulless pigs to feel what I felt/feel..  obliteration it seems  is the only way. But I hate that tho. Snap necks might give me relief. But after it's all said and done would I be like did this really fix what was wrong??? It's a fucking dilemma. " - |
| 2019-06-13 13:34:20 | FromName: Danial Hudson fuckston death - FromEmail: bradpeterson1@mail.com - Subject: shit list  - Message: "Hey you are not on the shit list but you keep avoiding  my important messages you will be. I will fucking  obliterate your lazy useless fucking ass. The whole fucking family too. Show some respect for once. " |

| | |
|---|---|
| 2019-06-13 13:29:47 | FromName: Dinner your place - FromEmail: bradpeterson1@mail.com - Subject: Fuck - Message: "We still on for dinner this afternoon at your house? See you there. " |
| 2019-06-13 3:13:59 | FromName: Scheduling/Logistics meeting - FromEmail: bradpeterson1@mail.com - Subject: Tissue time - Message: "Tissue time. Anal psychological cleansing 10 am. Trees down on poll dancers. Nicki Addis sex tape deal. Toyota Body pictures Athletic cup. Lisa trans tanning fuck ban. Suck marshmallow. Gut splattered. Bleed bitch bleeeeeeeeeeeeed. Brad Peterson respects Cow milk. But they have futuristic points. Ok we will be over for dinner this afternoon. After work. Waiting on my meds. Thanks for the invite. " |
| 2019-06-13 2:59:54 | FromName: Gas R&D meeting - FromEmail: bradpeterson1@mail.com - Subject: Human fucked raw - Message: "I'm not sure I'm even a human fucking being thanks to this goddamm gas dept. please put me down. I'm fucking begging you. Use your engineering ability's to develop a way to kill all of us robots. You hate us, so just fucking kill us. End this motherfucking psychological torture experiment. If you don't act. You will see the darkness of me come out. I'm giving you an opportunity to kill me first. " |

| 2019-06-12 13:35:06 | FromName: Brad Hanks six mile - FromEmail: bradpeterson1@mail.com - Subject: Sword - Message: "My dick is a sword it's all the way in your mouth. I'm just twisting and turning it now. Bloody cum death is here. Then I'll put my dick in my own mouth. No consequences . No afterlife. Lazy, evil people. You don't get to rape people with out my own justice. Racist pigs. " |
|---|---|
| 2019-06-12 12:24:00 | FromName: Paige/Nicki Fuck tape - FromEmail: bradpeterson1@mail.com - Subject: Fuck tape - Message: "The fuck tape of Paige Simpson and Nicki, Addis, Steven Addis wife, is now up on Pornhub. Thanks everyone for all the hard work on this project. " - |
| 2019-06-12 4:28:44 | Tom Deitrich - FromEmail: bradpeterson1@mail.com - Subject: Fucked god becomes man - Message: "Is it just me or dose Tom Deitrich look like someone who was in Hitler's inter circle? Hard to be hot of yourself when you feed off of someone else colostomy bag. Assume the position. Flatulence R&D. Death screams reek of widows alone in this gas meter paradise. I'm just trying to build a legacy here at Itron. How I'm I doing so far? Constructive criticism is welcomed, but you might get fucked to death over it. Maybe not. |

11.    The following E-card messages provided by Crosscards mostly target the Itron HR manager and the past death of her adopted daughter.

10

| 2019-07-15 1:13:43 | FromName: Brooke's Evisceration - FromEmail: bradpeterson1@mail.com - Subject: Dead  - Message: "First up slut, is it Dobbins or Garren? Was his dick worth your your daughter offing herself? Only thing you worst at than HR is  apparently being a parent. Oh  adopt, what's the matter can't reproduce? You broke your  horses back bitch. Pull that wedgie out of  Lane Bryant  stretchys. I'll slap the fat off of your  dinosaur face . Go chock to death on  Mr. Garren cum cunt. - Kim Rothell " - SendDate: 7/15/2019 12:00:00 AM |
|---|---|
| 2019-07-18 2:49:43 | FromName:  Brooke's  evisceration  reviews  -  FromEmail: bradpeterson1@mail.com - Subject: I've made it! - Message: "Wow. Holy fucking  soaking wet  pussy fucker. How about that  roast  of Brooke yayyy?? I'm so proud of that one. I've been letting that one  settle in.  I'm always honest, but sometimes I'll  embellish, but goddamm...that Brooke roast  was 100% true. She  basically  killed her daughter because of her selfish  desires to get fucked by a different dick than the one the daughter wanted her to have. Any who. I hope all of you die a painful death. Who should I  eviscerate next.???? The online reviews for the Brooke's one has been overwhelmingly positive. Fuck I really out did myself on that one.I'm happy and proud. Certainly seriously I'm happy right now.   I hope this sensation  never ends...I feel like your flesh melted  slimy smearing it all over |

| | my genitals." - SendDate: 7/18/2019 12:00:00 AM |
|---|---|
| | |

12.  The following E-cards are referring to an accidental death that occurred at Itron on February 20, 2020.

| 2/20/2020 13:08 | From: 21. Thank you Bareback Barron | Subject: Thank you! | Message: "I would like to take the time to thank bitch Barron!! He has done everything in his power to get this shithole shutdown!! So thanks bitch brian!! I love the USA too much to have this goddamm company in its borders!!  Destene deserves some cock for this one. But only missionary style cause god is watching!! Saintly Hudson threatens that a line would be gone in gas!!! I love you saintly Hudson, but don't threaten just ducking do it!!!! I'd love for none of this to be here. All the losers who live off the labor of me would have to get real jobs for the first time in their lives. Nervous Worley and soft Dinapoli both respectively have their heads up their asses. BUT wouldn't it be more entertaining to see them put their heads up the other ass???? Change of scenery!! |

| | | | But please keep up the good work bitch Barron!!! Anything I can do to advance your cause of itron destruction you let me know. And I'll be there for you! I'm has reliable has Steven Addis cum shots!!! " |
|---|---|---|---|
| 2/20/2020 15:52 | From: Brian Barron killed him!! | Subject: wow | Message: "This is your fault killer Brian Barron! A decent person would shut this bitch down for the day. Fuck you. Fuck money. You are a goddamm murder. Life unfair. Why couldn't one of you lazy fucks die? Rather than someone who actually worked for a living??. Out of respect I'll say no more apart from reminding you that you did this! This is 100% your fault. Rather you agree or not is beside the point. If you have any conscious you'll know until the day you die you killed him... it'll eat away at you cause you did do it!! why couldn't it have been you that died???" |
| 2/20/2020 23:56 | From: 22. Addis's shock cock | Subject: fucked | Message: "Brian the bareback killer is in hot water!! OSHA is gonna be deep in your bitch ass!! you were so focus on stupid shit, like your steel toe shoes fetish, you forgot the serious stuff! This stain on your legacy is permanent! I'll never let you live it down!! I'll never |

| | | | cease to wonder why people like you continue living when good people die. You should be charged with manslaughter!! I've been saying for the last 33 years this shithole is not safe! No not safe at all! Just the other day Steven Addis had his cock out in the hallway swinging it around here and there. Man.. I saw Addis cock I nearly had a heart attack right there!!! Just the magnificence of it all put me in a shock!! I reached to hold that cock and boom I was nearly done.. You are a dangerous man Steven!! " |
|---|---|---|---|

13.     Following are additional examples of some of the most recent E-card messages sent by bradpeterson1@mail.com:

| 1/1/21 18:23 | FromName: HR dead | Subject: Lazy cunts | Message: "You might as well be dead it's not like you do anything you lazy pile of fucking shit. I wanna snap your fucking neck into. " |
|---|---|---|---|
| 1/1/21 18:25 | FromName: Low grade barron | Subject: Cunt | Message: "Can't wait to blow your douche bag face off!" |
| 1/2/21 19:55 | FromName: Sleazy | Subject: Cunt | Message: "Take a ducking corkscrew and twister your |

| | | | |
|---|---|---|---|
| | barron | | ducking eye sockets hahah. If ever there was a person who deserves to be hit by twisted tea it would be you. You just keep coming but useless. Hahah " |
| 1/3/21 20:42 | FromName: Obsolete Barron | Subject: Cube | Message: "Destine trying to tell me that the nato pods don't activate in division for hangar nine.. oh ... first off you stupid fucking cunt. I can end your thoughts anytime!! " |
| 1/10/21 10:05 | FromName: Justice for Allison | Subject: Bitch | Message: "You killed your daughter! " |
| 1/11/21 6:04 | FromName: Troy Nicholson | Subject: Justice For Allison | Message: "I know what you did!!!!  " |
| 1/11/21 11:48 | FromName: nigg Rat Shit yummmm m coot cunt burn Kimberly slaughter | Subject: Baby | Message: "Rimjobs!!!!! Clowns!! Bareback Barron running out of blood!! Hahahah bitch dogface cunt ass bitch Brian burn in hell. Moot. Lot coot pig Joe Coker fucking 2 year old Pusey not even.nigger. I bet Destene is one of them q nuts that thinks that Don is the Messiah. Haha I bet she speared her shit all of the walls of the Capital Baci cunt. Wacko  bo booo" |

| | | | |
|---|---|---|---|
| 1/12/21 4:50 | FromName: Allison's stiffness lol | Subject: Judge | Message: "I know!! " |
| 1/12/21 4:51 | FromName: Charley Rothell Death | Subject: Weeping | Message: "Dogface, who's never been laid, needs to stay away from my man! No trying to storm Steven Addis cock!!!! " |
| 1/12/21 5:01 | FromName: Nigger cunt Kike 1 | Subject: Wow my goals | Message: "You know what I want to do? I want to take that dogface Kim. Ok? I want to pull that wig off ok? And I want to stuff that wig up that artificial pussy ok? I want to push it so hard that the screws that the fake mad pussy doctor put in falls the duck out!!!!! Bare back Barron it's time to parish!!! " |
| 1/12/21 6:21 | FromName: Pedophile Joe Coker | Subject: Destene hanging | Message: "Yeah that weird motherfucker is too busy fucking his 12 year old baby sister to read my daily news updates.. wrangler pasty cunt bitch!! Useless itron. " |
| 1/14/21 6:14 | FromName: Allison screams lol | Subject: Cunt payback | Message: "I'm happy that Allison can RIP without her beast of a mother ducking with her! Steven Addis wife actually seems like a good person. Tbh. I'm upset that don in no longer on Twitter cause tbh I get a lot of my ideas from his stuff. I guess my inspiration will have to |

| | | | come from mutating Brian Barron small dick. It's hard, not his dick, but it's hard for me cause it's so small I have to find the goddamm thing first. Then I can spread it aloud our out cube cunt. " |
|---|---|---|---|
| 1/17/21 20:28 | FromName: Fat CUNT | Subject: Die | Message: "Die " |

14.     For the purposes of this request, the Affiant has only included text messages E-Cards and emails relevant to establish reasonable grounds for this affidavit.  From on or about September 2018 to present, over 1400 communications have been logged by Itron, some of which have threatened the managers' families.   Until March 8, 2021, all of the E-card communications were consistently from Bradpeterson1@mail.com, in addition to anonymous food orders, anonymous text messages and prank calls.  On March 8, 2021, 12 E-cards were sent, six from bradpeterson1@mail.com and six from brianbarronitron1@mail.com.   After March 8, 2021, most E-card communications have indicated coming from brianbarronitron1@mail.com.

15.     Brian Barron is the Itron Oconee County Plant Manager and has been one of the main recipients and subjects of the threatening and harassing text messages, emails and E-cards.

16.     On March 29, 2021, 1&1 IONOS Inc. Legal Counsel, who manages records from mail.com, provided that the email address brianbarronitron1@mail.com was registered on March 8, 2021 and listed an alternative email address of bradpeterson1@mail.com.  IP addresses within the same IP address blocks 74.91.0.x and 69.160.24x.x were used to access the mail.com

accounts and send E-cards between March 19, 2021 and March 23, 2021. Both IP address blocks are associated with Tunnel Bear VPN servers.

17.     As a sophisticated cybercriminal, the TARGET USER consistently takes steps to hide his/her true identity and the location from which he/she is connecting and communicating. For example, thus far, almost all known incoming communications have utilized a VPN, thereby obscuring the TARGET USER's true identity. On a limited number of occasions, the IP addresses associated with the communications and account access did not utilize a VPN and instead are associated with mobility IP addresses.

18.     On March 10, 2021, an E-card was sent by brianbarronitron1@mail.com to joe.Dinapoli@itron.com, Christopher.smith@itron.com, and michael.worley@itron.com with the "from" field completed as "Brian Ass Ducking". The sending IP address was 2600:1004:b0d2:2367:c499:2e07:392a:181f. A WHOIS lookup for this IP address at https://centralops.net/co/, indicates this is a mobile IP address registered to Cellco Partnership DBA Verizon Wireless.

19.     On March 19, 2021, Verizon Wireless provided the IP address 2600:1004:b0d2:2367:c499:2e07:392a:181f at the time the card was sent on March 10, 2021 was assigned to the following subscriber and equipment:

      a.  Telephone: 864-533-8258 (TARGET USER TELEPHONE)

      b.  Device: IPHONE 12 PRO MAX 128 BLUE SO

      c.  IMEI: 356717111065933

      d.  IMSI: 311480592645590

      e.  Subscriber: Gabriel Stephens

    f.   Address: ██████████████ Seneca, SC 29678

    g.   Work and Home Telephone Number: 864-557-0126

    h.   Effective date: December 12, 2020

20.    In July 2019, Brooke Garren, Itron HR Business Partner, Oconee provided a list of Itron second shift employees. The list included an employee named Gabriel Stephens. Through open source research, a Facebook account for Stephens was identified as Gabriel.stephens.7, 100000969010766. Facebook provided the following from the account:

    a.   Gabriel Stephens

    b.   Telephone: 864-557-0126

    c.   Gabriel90sc@icloud.com

    d.   Gabrielms90@icloud.com

    e.   Gabriel.stephens.7@facebook.com

    f.   100000969010766@facebook.com

    g.   IP address: 2600:387:2:811::b3 on 2019-07-04

21.    On March 23, 2021, Garren confirmed Stephens was still employed by Itron and provided email correspondence she had with Stephens identifying his email address as gabriel90sc@icloud.com. Stephens' Itron shift leader, Pam Mauldin, provided to Garren the telephone number she had for Stephens is 864-557-0126, the same number listed as the work and home phone by Verizon Wireless and registered with Facebook.

22.    In April 2019, Itron voluntarily obtained text message information from Globfone for the messages sent to Itron employees through the Globfone service. Information captured by

Globfone identified the two types of sending devices for the text messages sent between September 2018 and April 2019. The devices were either an iPhone or an iPad.

23. Beginning in June 2019, E-card company Crosscards began providing spreadsheets containing the sending information and card messages. Between June 2019 and January 8, 2021, Crosscards sporadically captured User Agent String information identifying the TARGET USER's device as either an iPhone or an iPad. Beginning on January 8, 2021, as a result of changes to Crosscard systems, Crosscards began capturing User Agent String data consistently. From January 8, 2021 through May 3, 2021, the sending device has been identified as an iPhone.

24. Facebook provided that user account 100000969010766 had been accessed by the following mobile devices:

**Mobile Devices Type** iPhone

**Os** iPhone OS 14.3

**Updated** 2021-03-30 15:35:46 UTC

**Advertiser Id** 4f84b376-be7f-49f6-ab32-66abfbf4c054


**Type** iPad

**Os** iPhone OS 13.2.3

**Updated** 2021-03-30 03:17:40 UTC

**Advertiser Id** 15117584-60e0-4737-a13d-ab00d2ea7187

**Type** iPad

**Os** iPhone OS 14.1

**Updated** 2021-02-28 02:32:23 UTC

**Advertiser Id** 4802aef1-5e6d-44e8-8ce4-07051149d8ea

**Type** iPhone

**Os** iPhone OS 14.2

**Updated** 2021-01-11 17:04:28 UTC

**Advertiser Id** b55d5921-56f5-4a36-b83f-f4a83fac91cc

25.     On April 12, 2021, in response to legal process, Apple provided the Apple

ID/email account gabsc90@icloud.com, gabriel90sc@icloud.com and gabrielms90@icloud.com

(TARGET USER ACCOUNTS) were also associated with Gabriel Stephens, ███████████

███ Seneca SC, 29678, Apple ID/email gabriel90sc@icloud.com, and/or IMEI

356717111065933.  Note, this IMEI number is associated with TARGET TELEPHONE number

864-533-8258 per VERIZON records.  Additionally, Apple provided that numerous Apple

devices had been registered with this user's iCloud account including but not limited to:

| serial number | date reg received | product description |
| --- | --- | --- |
| CC4NF8GGF4RW | 2014-11-09 18:28:16 | IPOD SHUFFLE 2GB BLUE-USA |
| F4KN5TVFFCM5 | 2015-01-16 12:53:36 | IPAD MINI 2 WI-FI 16GB SPACE GRAY-USA |
| FCDNV7BDG07L | 2015-03-01 05:44:16 | IPHONE 5C BLUE 8GB TRACFONE-USA |
| CCQP60Y5F4JW | 2015-03-13 21:16:43 | IPOD TOUCH 32GB BLUE-USA |
| FH7Q68VBG99F | 2015-10-09 16:19:05 | APPLE WATCH 38MM S GRY AL BLK SPORT- |

|  |  | USA |
|---|---|---|
| DNPQV45DGRXT | 2016-01-16 23:22:47 | IPHONE 6S GOLD 16GB AT&T-USA |
| DMPWCFNGJMXJ | 2019-03-02 05:52:11 | IPAD WI-FI CELLULAR 32GB GOLD AS-USA |
| G0PXC08CKPFW | 2019-03-02 06:08:29 | IPHONE XS GOLD 256GB AT&T-USA |
| DLXR2TD2GMW3 | 2019-03-02 07:57:28 | IPAD PRO 12.9 WIFI CL 128GB GRAY AS-USA |
| G6TZKBF5N70L | 2020-02-05 19:22:11 | IPHONE 11 PRO MAX MG 256GB ATT-USA |
| G6TZKBF5N70L | 2020-04-22 20:26:08 | IPHONE 11 PRO MAX MG 256GB ATT-USA |
| DMPWCFNGJMXJ | 2020-08-26 01:28:23 | IPAD WI-FI CELLULAR 32GB GOLD AS-USA |
| DLXR2TD2GMW3 | 2020-08-26 06:45:41 | IPAD PRO 12.9 WIFI CL 128GB GRAY AS-USA |
| GY6DCCTXQ1XQ | 2020-10-24 18:51:04 | APPLE WATCH S6 44 BLU AL NAVY SP CEL-USA |
| GG7DPGAWQ16M | 2020-12-05 00:36:01 | IPAD AIR WI-FI 64GB SPACE GRAY-USA |
| F2LDKCWE0D42 | 2020-12-12 21:41:58 | IPHONE 12 PRO MAX PBLUE 128GB-USA |

26.     This list of registered devices includes multiple iPads.   The list also includes multiple iPhones that were AT&T associated iPhones.  Multiple IP addresses linked with sending the harassing communications that were not associated with a VPN service were identified as AT&T mobile IP addresses.  Additionally, on at least nine instances between March 10, 2021 and May 3, 2021, E-Cards were sent from a VERIZON mobile IP address.

27.     Further review of the data provided by Apple provided the following:

28.     Within the 'Notes' section of the TARGET USER ACCOUNTS, an entry was made with the email address jaden.humphries@us.bosch.com.   On February 5, 2020 an E-card was sent to jaden.humphries@us.bosch.com from "Jaden's tight asshole" and on October 11,

2020, an E-card was to jaden.humphries@us.bosch.com from 'Jaden's ass fucked'. Both cards were sent from bradpeterson1@mail.com. Open source research indicates the email address belongs to Jaden Humphries. Humphries attended Tri County Technical College and was a resident in and around Oconee County SC until 2018.

29.     Itron employees that are frequently the recipients of the E-cards and referenced in a derogatory or threatening manner in the E-cards include but are not limited to Kim Rothell (Rothell), Steven Addis (Addis), Joe Coker (Coker), Brian Barron (Barron), Joe DiNapoli (DiNapoli), Mike Worley (Worley) and Daniel Hudson (Hudson). In addition to the E-cards, these employees and others were also the recipients of the numerous prank calls, text messages, spam emails, county property tax receipts (Pickens and Oconee counties) and account password reset requests.

30.     A review of the TARGET USER ACCOUNTS show screen shots that appear to be searches for Itron employee personal information such as address and telephone numbers on websites such as Whitepages.com, BeenVerified.com, Google.com and Nuwber.com. For Worley, two screen captures for his information were found on Whitepages.com and two on BeenVerified.com. For DiNapoli, one screen capture on Whitepages.com. One web search (believed to be Google.com) for Rothell's information. One screen capture showing a Nuwber.com lookup for Hudson. One Whitepages.com lookup for Coker's information.

31.     The TARGET USER ACCOUNTS contained a screen capture from an unknown source showing a list of names, addresses, email addresses and titles. This list contained the name, address and email address of Amy Worley. Amy Worley is the spouse of Mike Worley

and has been referenced in many of the E-cards sent by the TARGET USER in a derogatory or threatening manner.

32.     The TARGET USER ACCOUNTS contained a screen capture of a Facebook search for Just Off The Beach Airbrush (JOTBA).  The address listed is 1210 Autun Road, Pendleton, SC.  JOTBA is Lisa Coker's place of employment.  Lisa Coker is Joe Coker's spouse and has been referenced in multiple E-cards in a derogatory or threatening manner by the TARGET USER.

33.     The TARGET USER ACCOUNTS contained a screen capture of an email from Crosscards.com confirming that Joe Coker had viewed an E-card sent.  Following is the screen capture:



34.     The TARGET USER ACCOUNTS contained a screen capture of an email draft addressed to Chris.smith@itron.com.  The email program that is being used to compose the draft email is mail.com.

35.     The TARGET USER ACCOUNTS contained a screen capture of a search on the website clustermaps.com for the address ███████ Seneca.  The capture shows 'known residents' as Geraldine Dinapoli, James P Dinapoli, and Joseph P Dinapoli.   Geraldine and James P Dinapoli are Joe DiNapoli's parents, and the address is Geraldine's home address. Geraldine has been referenced in at least one E-card.

36.     The TARGET USER ACCOUNTS contained a screen capture documenting the creation of the email account dickaddis@mail.com.  The top of the screen capture shows the device creating the account is being used as a Personal Hotspot, sharing its Internet connection with three other devices.  Following is the screen capture:



37.     A review of the TARGET USER ACCOUNTS found the following screen capture.  The screen capture shows a Netflix notification confirming a code was sent to reset the user password associated with the telephone number 864-314-7860.  The telephone number, 864-314-7860, is Worley's cellular telephone number.



38.     Within the 'Notes' section of the TARGET USER ACCOUNTS, the following entry was found: "It's pretty pathetic that you goddamn assholes have not acknowledged the fact that someone died here. So secretive about the fact that human life died here. Fuck your meters and fuck you too. All of you need to be cut ear from ear.  Ashit on your hierarchy system. Brian

Barron is A criminal. Tech in the Navy my ass you were getting fucked by sand niggers bitch Barron. You fucking pigs care more about production than you do human life. I hope his family sues the shit out of this place. I offer my services to testify for the family can you see me up on the stand telling the whole world about Stephen Addison's cock".

39.     On February 25, 2020, an E-card was sent from bradpeterson1@mail.com  with the subject 'There will be justice' with the following message content: "It's pretty pathetic that you goddamn assholes have not acknowledged the fact that someone died here. So secretive about the fact that human life died here. Fuck your meters and fuck you too. Ron deserves better. He was a good guy and actually worked. All of you need to be cut ear from ear.  I shit on your hierarchy system. Brian Barron is a criminal. Tech in the Navy my ass you were getting fucked by sand niggers bitch Barron. You fucking pigs care more about production than you do human life. I hope his family sues the Jesus shit out of this place. I offer my services to testify for the family can you see me up on the stand telling the whole world about Steven Addis's COCK!!!!! fucking justice!! "  The message language is almost identical to the 'Notes' entry.  The card was sent to Worley, Barron, DiNapoli, Addis, Coker Rothell and Hudson.

40.     Within the 'Notes' section of the TARGET USER ACCOUNTS, the following entries were observed.   "Steven jizz was so full in me it ran out of my noise and ears ahhhhhh", "Destene chainsaw gut fucking" and "What the fuck is bitch Barron doing? Supposed to be over here ducking my cunt out. Joe Coker plays sexual games with youth group at his church." Although no verbatim messages were found in the E-cards sent, the vernacular and tone of the entries appear similar to multiple E-cards sent by the TARGET USER.

41.     A review of the TARGET USER ACCOUNTS found the following screen capture.  The screen capture shows 'Recent Searches' and includes searches for 'cross card' and 'joe dinapoli'.



42.     A review of the TARGET USER ACCOUNTS found the following screen capture.  The image references the obituary of James Patrick DiNapoli (Patrick).  Patrick is Itron Employee Joseph DiNapoli's deceased father.  Patrick, Patrick's death and his being DiNapoli's

father is referenced in numerous E-cards sent by the TARGET USER including many derogatory

messages.



43.    A review of the TARGET USER ACCOUNTS found the following screen

capture.  A screen capture of Fort Hill Presbyterian Church.  Multiple cards refer to Fort Hill

Presbyterian.



44.     A review of the TARGET USER ACCOUNTS found a screen capture of an iPhone home page showing the Apps VPN clean and Block Bear Ad Blocker.  Block Bear Ad Blocker is an application from the VPN provider Tunnel Bear.  Multiple IP addresses used to send E-cards in 2021 are assigned to Tunnel Bear VPN service provider.

45.     A review of the TARGET USER ACCOUNTS found the following screen capture.  The screen capture is of a 'request for callback' entry from moneycorp.  The entered contact information is Itron employee Addis, steven.addis@itron.com, 864-614-9935.  Addis is the subject of numerous E-cards sent by the TARGET USER and is also the recipient of

numerous E-cards.  The email address and cellular telephone number entered in the request were Addis' while he was an Itron employee.



46.     On January 30, 2019, David Thomson residing at ████████████████ Indian Trail, NC, telephone number 704-821-1664, contacted the Union County North Carolina Sheriff's Office (UCSO) to report harassing prank telephone calls which sounded like automated

or prerecorded calls. The UCSO was unable to determine the initiator of the prank calls to Thomson's home telephone.

47. On August 31, 2019, Thomson again contacted the UCSO to report more harassing prank telephone calls. Additionally, Thomson received an E-card from Crosscards to his work email address, David.thomson@ucps.k12.nc.us, from 'Anal Tenderization' with email address bradpeterson1@mail.com.

48. On July 20, 2020, Thomson again contacted the UCSO to report the harassment began occurring again. On July 11, 2020, Thomson received an E-card from Crosscards from 'Black lives matter boy!!!!!' The message in the card was "That`s right me and my niggers are gonna fuck your wife up!!! We gonna be cools and allow you watch!! Hey big black dick will shut your nasty wife mouth the fuck up!! It`s a good thing that bitch can`t get pregnant or else she be having tons of nigger babies hahahahaha ha black lives matters!!" The card was from bradpeterson1@mail.com.

49. Thomson is an assistant principal at Marvin Ridge High School, Waxhaw NC Union county. Thomson began teaching at Sun Valley High School, Union County Schools, in 1997. Thomson took over his current role as assistant principal for Marvin Ridge High School in 2013.

50. A review of the TARGET USER ACCOUNTS shows several screenshots indicating knowledge and research of Thomson. Following are samples of the screenshots including screen captures of Thomson's Union County School profile with his email and work information and Been Verified look ups of Thomson showing his home address and telephone number:





**David Thomson**

Assistant Principal

Marvin Ridge High

704-290-1520

david.thomso...

Teacher class sites

Contact | Websites 0

### Work Address

Marvin Ridge High

2825 Crane Road

Waxhaw, NC 28173

704-290-1520

david.thomson@ucps.k12.nc.us

**\* Note:** If any of the information is incorrect, please contact Human Resources.

Mr. David Thomson

Assistant Principal

Mr. Thomson began his carer in education in 1997 at Sun Valley High School as a Marketing teacher. He came to Marvin Ridge in 2013 as an Assistant Principal. He completed his undergradu

Email: david.thomson@ucps.k12.nc.us



51.     Below is a screen capture from the TARGET USER ACCOUNT showing the prankdial.com website prank call selection 'Sie Kick my Dog'.  The website field for 'Friend's number' (this is the number targeted for a prank call) is completed with Thomson's home phone number, 704-821-1664 and the field for 'Send from' (allows sender to spoof the sending number) with the number of the UCSO, 704-283-3789.



52. According to a check of the South Carolina Department of Motor Vehicles, TARET USER' current address is listed as the PREMISES ████████████ Seneca, SC 29678) as of January 18, 2019.

53. According to Accurint, TARGET USER's current address is listed as the PREMISES.

54. On March 19, 2021, Verizon Wireless provided that the TARGET USER's address was the PREMISES. On April 12, 2021, Apple Corp. provided the TARGET USER's address was the PREMISES.

55.     On May 27, 2021, Verizon Wireless provided historic cellular telephone tower data for TARGET USER TELEPHONE 864-533-8258.  An analysis was performed by the FBI's Cellular Analysis Survey Team (CAST) on the call detail records obtained for the TARGET USER TELEPHONE.   The call detail records documented the network interaction to and from the target cell phone.  Additionally, the records documented the cell tower and cell sector ("cell site") which served the cell phone during this activity.  Used in conjunction, the call detail records and a list of cell site locations illustrate an approximate location of the target cell phone when it initiated contact with the network.  Between 4/20/2021 and 5/8/2021, the most frequently used cell site (tower and sector) was ENB 153287 sector 2 which corresponds to the tower most likely used from the PREMISES.  On at least three occasions, an E-card was sent within a short time of when the TARGET USER TELEPHONE initiated contact with the cellular network through tower ENB 153287 sector 2.

| Date and Time E-card sent | Tower ENB 153287 Sector 2 |
|---|---|
| 4/23/2021 15:47 | 4/23/2021 15:32 |
| | 4/23/2021 15:32 |
| 4/29/2021 20:01 | 4/29/2021 20:00 |
| 4/29/2021 12:43 | 4/29/2021 12:43 |

56.     As noted above, User Agent String data was provided by both Globfone and Crosscards has identified both iPad and iPhone devices as having been used to send the harassing

communications.  There were also a significant number of messages, E-cards, emails and spam communications sent using an unknown device or devices.

## **CONCLUSION**

57.    I submit that this affidavit supports probable cause for the arrest of GABRIEL MICAH STEPHENS.

Respectfully submitted,

*s/ Andrew F. Grafton*

_____

Andrew F. Grafton
Special Agent
Federal Bureau of Investigation

_____
JACQUELYN D. AUSTIN
UNITED STATES MAGISTRATE JUDGE

June  10  , 2021